United States District Court
Southern District of Texas
**ENTERED**
April 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


YANDY ISALGUE LEYVA,                §
                                    §
            Petitioner,             §
                                    §
v.                                  §    CIVIL ACTION NO. H-26-2163
                                    §
RANDALL TATE, et al.,               §
                                    §
            Respondents.            §


## FINAL JUDGMENT


In accordance with the court's Order denying Petitioner's Petition for Habeas Corpus, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 20th day of April, 2026.


_____
                    SIM LAKE
        SENIOR UNITED STATES DISTRICT JUDGE